IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

      Plaintiff,                No. CIV S-05-1481 LKK GGH P

  vs.

JIM POPE, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Plaintiff shall submit, within thirty days from the date of this order, a

3  completed affidavit in support of his request to proceed in forma pauperis on the form provided

4  by the Clerk of Court;

5  2. The Clerk of the Court is directed to send plaintiff a new Application to

6  Proceed In Forma Pauperis By a Prisoner; and

7  3. Plaintiff shall submit, within thirty days from the date of this order, a certified

8  copy of his inmate trust account statement for the six month period immediately preceding the

9  filing of the complaint. Plaintiff's failure to comply with this order will result in a

10 recommendation that this action be dismissed without prejudice.

11 DATED: 8/8/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
arms1481.3c+