IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

     Plaintiff,                        No. CIV S-05-1481 RRB GGH P

   vs.

SHASTA COUNTY SHERIFF JIM POPE, et al.,

     Defendants.           <u>ORDER</u>

/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 3, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's March 24, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 4/4/06

                                                 /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:bb
arms1481.36